UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET
09-40147

```
*******************************************
Bank Of America, N.A., successor-by-merger  *
to Fleet National Bank,                     *
                                            *
                         Plaintiff,         *
                                            *
            -- vs. --                       *
                                            *
Boston Regional Physical Therapy, Inc., and *
Thomas J. Fiese,                            *
                                            *
                         Defendants.        *
*******************************************
```

### PETITION FOR REMOVAL
### OF
### BOSTON REGIONAL PHYSICAL THERAPY, INC.
### AND
### THOMAS J. FIESE

### DEMAND FOR TRIAL BY JURY

Now come the Defendants, Boston Regional Physical Therapy, Inc., and Thomas J. Fiese, herein after, jointly and severally, the "Defendants", and hereby **PETITION** this Honorable Court to Remove this Matter from the Worcester County Superior Court, docket Number WOCV-2008-002189-D for the reasons as stated herein after.

1. ]   The Plaintiff in this action is a corporation incorporated in Delaware.

2. ]   The individual Defendant is a resident of the Commonwealth of Massachusetts.

3. ]   The corporate Defendant is incorporated in Massachusetts.

4. ]   After September 08, 2008, the Plaintiff filed a Civil Action seeking approximately $110,000.00 against the Defendant for alleged breach of a loan agreement.

5. ]   Although the Civil Action was filed in September of 2008, the Plaintiff alleged being of Worcester, Massachusetts and on August 24, 2009, the Defendants learned that the

**Law Offices Of**
**JOSEPH S. PROVANZANO**

Plaintiff was not a citizen of this jurisdiction, thus giving rise to the right of removal based upon diversity.

        Respectfully submitted,
        BOSTON REGIONAL PHYSICAL THERAPY, INC.,
        THOMAS J. FIESE,
        By Their Attorney,

        Signature Valid Joseph S. Provanzano, Esquire
        Digitally Signed By Joseph S. Provanzano, Esquire
        DN CN = Joseph S. Provanzano, Esquire C = US
        Date : 2009.08.24 5:55:02-05'00'
        /s/ Joseph S. Provanzano, Esquire
        Joseph S. Provanzano, Esquire
        BBO # 407400
        **LAW OFFICES OF**
        **JOSEPH S. PROVANZANO**
        16 Bourbon Street, Suite C
        Peabody, MA 01960-1338

Tel.   :  [978] 535 - 8222
File No.:  P09-2245
Date   :  Monday, August 24, 2009