UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET 09-40147

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Bank Of America, N.A., successor-by-merger to Fleet National Bank, | \* \* \* |
| Plaintiff, | \* \* |
| -- vs. -- | \* \* |
| Boston Regional Physical Therapy, Inc., and Thomas J. Fiese, | \* \* \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED TO MOTION TO REMAND TO STATE COURT

NOW COME the Defendants herein, Boston Regional Physical Therapy, Inc., and Thomas J. Fiese, and moves this Honorable Court to remand the above captioned matter to the Worcester Superior Court. The Plaintiff, Bank Of America, N.A., successor-by-merger to Fleet National Bank, assents to this Motion. As reasons for this Motion, the Defendants state that on August 24, 2007 they initially removed this matter from the State Court, the Worcester Superior Court, to the United States District Court for the District of Massachusetts. The matter was removed on the basis of diversity of citizenship pursuant to 28 U.S.C. Section 1441(b). However, the Defendant, Thomas J. Fiese, is a citizen of the Commonwealth of Massachusetts where the Plaintiff brought suit and therefore this matter this case is not subject to removal under 28 U.S.C. Section 1441(b).

WHEREFORE the Defendants respectfully request that this Honorable Court remand this matter to Worcester Superior Court.  Signed and sealed as of Wednesday, September 16, 2009.

| Respectfully submitted, | Assented to, |
|---|---|
| BOSTON REGIONAL PHYSICAL THERAPY, INC. AND THOMAS J. FIESE, | BANK OF AMERICA, SUCCESSOR BY MERGER TO FLEET NATIONAL BANK |
| By Their Attorney, | By its Attorney, |
| /s/ Joseph S. Provanzano<br>Joseph S. Provanzano, Esq.<br>BBO#407400<br>Law Offices of Joseph S. Provanzano<br>16 Bourbon Street, Suite C<br>Peabody, MA 01960-1338<br>Tel: 978-535-8222<br>Fax: 978-535-8228<br><br>Dated: September 14, 2009 | /s/ Jessica E. Murphy<br>Jessica E. Murphy, Esq.<br>BBO#664361<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA  01608<br>Tel: 508-791-8500<br>Fax: 508-791-8502<br>E-mails: jmurphy@mirickoconnell.com<br>Dated: September 16, 2009 |

## CERTIFICATE OF SERVICE

I, Jessica E. Murphy, Esq., hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 16, 2009.

/s/ Jessica E. Murphy
Jessica E. Murphy, Esq.